IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY HANNAN,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>        Defendants. | CIVIL NO. 05-2863 |

## ORDER

**AND NOW**, this 2nd day of February, 2009, as directed by the United States Court of Appeals for the Third Circuit by its Opinion and Judgment filed on January 15, 2009 [Doc. No 07-4548], the Court hereby

**AMENDS** its Order entered August 22, 2007 [Doc. No 36], and hereby enters Judgment in favor of Sylvester Johnson, Philadelphia Police Commissioner on Count V of Plaintiff's Complaint.

The Clerk of the Court is therefore **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

*Cynthia M. Rufe*
CYNTHIA M. RUFE, J.